```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14022
   DEBRA HASLETT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6475


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 10/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
OVERLAND BOND & INVESTME  SECURED NOT I  NOT FILED             .00           .00
OVERLAND BOND & INVESTME  UNSECURED         7367.79            .00           .00
AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED           .00           .00
AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED           .00           .00
AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED           .00           .00
AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED           .00           .00
AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          911.49            .00           .00
BMG MUSIC SERVICE         UNSECURED        NOT FILED           .00           .00
CBUSASEARS                UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING   FILED LATE           .00             .00           .00
COMCAST                   UNSECURED        NOT FILED           .00           .00
COMMERCIAL CHECK CONTROL  UNSECURED        NOT FILED           .00           .00
CONSCRDTSVCS              UNSECURED        NOT FILED           .00           .00
CONSOLIDATED COMMUNICATI  UNSECURED        NOT FILED           .00           .00
COTTAGE EMERGENCY PHYSIC  UNSECURED        NOT FILED           .00           .00
CREDIT MANAGEMENT INC     UNSECURED        NOT FILED           .00           .00
DEPENDON COLLECTION       UNSECURED        NOT FILED           .00           .00
GUARANTY BANK             UNSECURED        NOT FILED           .00           .00
JACKSON PARK HOSPITAL     UNSECURED        NOT FILED           .00           .00
JACKSON PARK HOSPITAL     UNSECURED        NOT FILED           .00           .00
JVDB ASSOCIATES           UNSECURED        NOT FILED           .00           .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00           .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00           .00
LENOX COLLECTIONS         UNSECURED        NOT FILED           .00           .00
NICOR GAS                 UNSECURED        NOT FILED           .00           .00
PENTAGROUP FINANCIAL      UNSECURED        NOT FILED           .00           .00
RMI/MCSI                  UNSECURED          250.00            .00           .00
ROI SERVICES INC          UNSECURED        NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED         1042.18            .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14022 DEBRA HASLETT
```

```
ROUNDUP FUNDING LLC        UNSECURED        3380.84             .00              .00
SHERMAN ACQUISITION        UNSECURED       NOT FILED            .00              .00
US DEPT OF EDUCATION       UNSECURED        5304.89             .00              .00
RJM AQUISITIONS FUNDING    UNSECURED          61.83             .00              .00
CAR TOWN INC               SECURED VEHIC   2646.00            19.90           110.10
MAYWOOD MUNICIPLE COURT    UNSECURED       NOT FILED            .00              .00
CAR TOWN INC               UNSECURED           .10             .00              .00
COMMONWEALTH EDISON        FILED LATE          .00             .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,393.00                            216.32
TOM VAUGHN                 TRUSTEE                                              23.68
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   370.00

PRIORITY                                              .00
SECURED                                            110.10
    INTEREST                                        19.90
UNSECURED                                             .00
ADMINISTRATIVE                                     216.32
TRUSTEE COMPENSATION                                23.68
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    370.00                   370.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/20/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 14022 DEBRA HASLETT